IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3138 |
| v. | ) | |
| JAMES L. SISNEROZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion to Dismiss Forfeiture Allegation (filing no. 32) is granted. The forfeiture allegation in the indictment is dismissed without prejudice.

DATED this 18th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge